DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIAMI ACCIDENT CENTER, INC.** a/a/o **JOHN RESTREPO,**
Appellant,

v.

**INFINITY AUTO INSURANCE COMPANY,**
Appellee.

No. 4D2024-2357

[October 30, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. COINX23012925.

Mac S. Phillips of Phillips │ Tadros, P.A., Fort Lauderdale, for appellant.

Gladys Perez Villanueva, Miami Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***